STATE of Missouri, Plaintiff-Respondent,

v.

Tommie W. OVERSTREET, Defendant-Appellant.

No. 48524.

Missouri Court of Appeals, Eastern District, Division One.

Feb. 26, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 9, 1985.

William J. Shaw, Public Defender, Clayton, for defendant-appellant.

John M. Morris, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

PER CURIAM.

Defendant was convicted by a jury of receiving stolen property, § 570.080, RSMo. 1978. He was sentenced as a persistent offender to fifteen years. From this conviction and sentence he appeals. No juris-

prudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).